

AX02G05070047

## AFFIDAVIT OF SERVICE

**COUNTY: GALVESTON**        **CASE # G-07-214**                **COURT**

Clt. Ref.#                          ClL.#    990

UNITED STATES OF AMERICA

VS
ANNA LEMONS

The documents came to hand for service on 05/05/07  Time: 17:00:00

Documents received for service:

**SUMMONS; COMPLAINT**

The documents were delivered on 05/09/07  **Time: 19:20:00**

Executed at: 850 N. Ave J #4023
            Freeport, TX 77541
to the following: **Lemons, Anna**

___✔___   PERSONALLY delivering the document(s) to the person above.
_____   SUBSTITUTE SERVICE per Order by delivering to _____a person
          over sixteen (16) years of age, at the above listed address which is the usual
          place of abode/business of the above named person.
_____   POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Michael A Brooks _____ ,am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE.  I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdiction, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:_____.00

Witness Fee Tendered:_____.00

Mileage:_____.00

STATE OF TEXAS}

Michael A Brooks
Texas LIC#: SCH-244
Professional Civil Process, Inc.
An AXZAS Company
P.O.Box 342467
Austin TX 78734

VERIFICATION

On this day Michael A Brooks appeared before me, a notary public, and being duly
sworn by me stated that he/she has personal knowledge of the facts set forth in the
foregoing affidavit and declared that the facts contained therein are true and
correct.  Given my hand and seal of office this 18th day of May 2007 .

PCP Inv. #A05071581   syblem

NOTARY PUBLIC FOR THE STATE OF TEXAS

DANA DEMERS
MY COMMISSION EXPIRES
August 26, 2007

## AFFIDAVIT OF SERVICE

COUNTY: GALVESTON          CASE #. G-07-232          **COURT**

UNITED STATES OF AMERICA          Clt. Ref.#          Clt.#     990

VS
ABEL CASTRO

The documents came to hand for service on 05/05/07  Time: 17:00:00

Documents received for service:

**SUMMONS; COMPLAINT**

The documents were delivered on 05/09/07  **Time: 06:50:00**

Executed at: 1063 Cr 368
            Alvin, TX 77511
to the following: **Castro, Abel**

✔  PERSONALLY delivering the document(s) to the person above.
_____  SUBSTITUTE SERVICE per Order by delivering to _____ a person
        over sixteen (16) years of age, at the above listed address which is the usual
        place of abode/business of the above named person.
_____  POSTING per Order by securely affixing to the main entry way at the above address.

### AFFIDAVIT

I, Michael A Brooks _____ ,am over the age of eighteen, and am neither a
party to nor interested in the outcome of the above suit. I HAVE PERSONAL KNOWLEDGE OF THE
FACTS SET FORTH ABOVE.  I have never been convicted of a felony or misdemeanor involving
moral turpitude in any state OR federal jurisdicition, and I have studied and am familiar
with TEXAS RULES OF CIVIL PROCEDURE, VERNON'S TEXAS STATUTES, CIVIL PRACTICE AND REMEDIES
CODE and all other applicable rules and statutes relating to service of citation and/or
notices I am authorized by written order of the court to serve citations and other notices.

Service Fee:_____.00

Witness Fee Tendered:_____.00

Mileage:_____.00

STATE OF TEXAS}

Michael A Brooks
Texas LIC#: SCH-244
Professional Civil Process, Inc.
An AXZAS Company
P.O.Box 342467
Austin TX 78734

VERIFICATION

On this day Michael A Brooks appeared before me, a notary public, and being duly
sworn by me stated that he/she has personal knowledge of the facts set forth in the
foregoing affidavit and declared that the facts contained therein are true and
correct.  Given my hand and seal of office this /8TL day of May 2007 .

PCP Inv. #A05071584    justine

NOTARY PUBLIC FOR THE STATE OF TEXAS

DANA DEMERS
MY COMMISSION EXPIRES
August 26, 2007

AX02G05070050